UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JODI L. IRWIN,<br><br>              Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>              Defendant. | Case No. C24-5938-SKV<br><br>ORDER RE:  BRIEFING |

A preliminary review of the briefing submitted by counsel for Plaintiff raises a concern that it contains unverified generative artificial intelligence ("AI") outputs.  *See, e.g.*, Dkt. 9 at 5 (case cited, *Edwards v. Astrue*, 2011 WL 3498300, at *7 (W.D. Wash. July 12, 2011), does not exist), and 13 (case cited, *Lumpkin v. Colvin*, 112 F. Supp. 3d 1169, 1174 (D. Or. 2015), contains error in court identified and does not stand for proposition for which it is cited)).  Due to that concern, and with consideration of the issues identified in *Mavy v. Comm'r of Soc. Sec. Admin.*, No. CV-25-00689-PHX-KML (ASB), 2025 WL 2355222 (D. Ariz. Aug. 14, 2025), counsel for Plaintiff is herein ORDERED to re-file Opening and Reply briefs within **seven (7) days** of the date of this Order.  Before re-filing, counsel shall thoroughly review the briefing and correct any hallucinated case citations or quotes and any other AI-related errors.  Although the Court does

ORDER RE:  BRIEFING - 1

1  not anticipate that any such corrections would necessitate a response, the Commissioner may, if
2  needed, re-file a Responsive brief within **seven (7) days** of the re-filed Opening and Reply
3  briefs.  The Court will also entertain any motion by the Commissioner for costs associated with a
4  re-filed Responsive brief.

5  Dated this 2nd day of September, 2025.

*(signature)*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER RE:  BRIEFING - 2